IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number:   05-cr-00474-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GERALDINE WEBB,

    Defendant.

## ORDER

THIS MATTER comes before the Court on Government's Unopposed Motion to Consolidate Case Numbers 05-cr-00474-WYD-01 and 99-cr-00359-REB-02 Before the Same District Court Judge Pursuant to D.C.COLO.LCrR 50.1 C. 2 [ECF No. 14], filed March 15, 2011.  After reviewing this motion and the file, it is hereby

ORDERED that the Government's Unopposed Motion to Consolidate Case Numbers 05-cr-00474-WYD-01 and 99-cr-00359-REB-02 Before the Same District Court Judge Pursuant to D.C.COLO.LCrR 50.1 C. 2 [ECF No. 14], filed March 15, 2011, is **GRANTED**.  It is

FURTHER ORDERED that the case number in 05-cr-00474-WYD-01 is hereby changed to 05-cr-00474-REB-01 and reassigned to Judge Blackburn for all further proceedings in this matter.

    Dated:  March 28, 2011

                                          BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge